410

SCHERING & GLATZ, INC., Respondent, *v.* AMERICAN PHARMACEUTICAL COMPANY, INC., Appellant, and THE CHEMICAL FOUNDATION, INC., Respondent.

(Argued April 29, 1936; decided July 8, 1936.)

*Louis D. Frohlich, Nathan Burkan, Albert T. Scharps* and *Louis Barnett* for appellant.

*Clifton Cooper* and *Fritz v. Briesen* for plaintiff, respondent,

*Maurice Léon* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.